**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| WARREN BRINSON WEEKS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-251-D |
| | ) | |
| ARMOR CORRECTIONAL HEALTH | ) | |
| SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the Order dismissing Plaintiff's Complaint without prejudice [Doc. No. 18], judgment is hereby entered in favor of Defendants and against Plaintiff.

**ENTERED** this 28th day of December, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE